# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**KYICK HOLDINGS, LLC**,

Transferee,

       Petitioner-Appellant.

v.

**COMMISSIONER OF
INTERNAL REVENUE**,

       Respondent-Appellee.

**No. 25-1429**

## JOINT STATUS REPORT

Pursuant to this Court's Order dated April 24, 2026, through counsel, the Parties have met and conferred to discuss the benefit of participating in the First Circuit's Civil Appeals Management Program. The Parties have concluded that mediation would not be beneficial at this juncture.

Dated: May 15, 2026

/s/ *Lucy P. Weaver*

Lucy P. Weaver, Esq., #1218498
Attorney for Kyick Holdings, LLC

NORMAN, HANSON & DETROY, LLC
220 Middle Street
P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
lweaver@nhdlaw.com

/s/ Matthew S. Johnshoy
MATTHEW S. JOHNSHOY
*First Circuit Bar No. 1194552*
*Attorney*
*Civil Division, Tax Litigation Branch*
*Department of Justice*
*P.O. Box 502*
*Washington, D.C. 20044*
Matthew.S.Johnshoy@usdoj.gov
Appellate.Taxcivil@usdoj.gov
(202) 616-1908
Counsel for the Commissioner of
Internal Revenue